PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

CASE NO. _____

USA vs.
Defendant: **COURTNEY HILAIRE**
Address: [REDACTED]

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — RHODE ISLAND
DISTRICT OF RHODE ISLAND — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: **RICHARD B. MYRUS**
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): William J. Ferland

☐ Interpreter Required   Dialect: _____

Birth Date: [REDACTED]
☒ Male  ☐ Female
☐ Alien (if applicable)

Social Security Number: [REDACTED]

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

## DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☒ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 17

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | See Attached Sheet. | See Attached Sheet. | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | FORFEITURE ALLEGATIONS. | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 5 | ☐ Felony ☐ Misdemeanor |

Attachment to
Defendant Information Relative to a Criminal Action – In U.S. District Court

Defendant:  COURTNEY HILAIRE

Count 1:  Conspiracy Commit Wire Fraud, in violation of 18 U.S.C. § 371.

PENALTIES:  5 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment.

COUNTS 2-15:  Wire Fraud, in violation of 18 U.S.C. § 1343.

PENALTIES:  20 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment.

COUNT 16:  Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1).

PENALTIES:  Minimum mandatory 2 years consecutive to underlying counts.

COUNT 17:  Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1).

PENALTIES:  Minimum mandatory 2 years consecutive to underlying counts.

Forfeiture Allegation Under 28 U.S.C. § 2461(c) & 18 U.S.C. 981(a) Conspiracy to Commit Wire Fraud and Wire Fraud).